SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Scott N. Johnson

     Plaintiff,

  vs.

Manpreet Nijar, et al,

     Defendants

Case No.: CIV.S 10-cv-03409-MCE-KJN

**REQUEST RE DISMISSAL OF RICHARD GALANTINE; ORDER**

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendant (Richard Galantine) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to remain open with respect to the remaining Defendants. Defendant (Richard Galantine) is dismissed because this Defendant no longer owns the Subject Property.

Dated: March 23, 2011                  /s/Scott N. Johnson
                                                SCOTT N. JOHNSON
                                                Attorney for Plaintiff

     IT IS SO ORDERED.

Dated: April 6, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

PLAINTIFF'S REQUEST FOR DISMISSAL                        CIV: S-10-03409-MCE-KJN